MRS. ELGIE LEE BAREFOOT v. HARRY LOUIS RULNICK.

(Filed 4 May, 1960.)

Appeal and Error § 39—

The burden is on appellant to show prejudicial error amounting to the denial of some substantial right.

APPEAL by defendant from *Williams, J.,* January-February Civil Term, 1960, of CUMBERLAND.

Civil action to recover damages caused by an automobile collision.
Upon the call of the case for trial it was stipulated by counsel for

plaintiff and defendant that the first issue of negligence should be answered Yes, and the issue of damages only should be submitted to the jury.

The jury found by its verdict that plaintiff was injured by the negligence of the defendant as alleged in the complaint, and awarded damages in the amount of $14,000.00.

From judgment in accord with the verdict, defendant appeals.

*N. H. McGeachy, Jr., for plaintiff, appellee.*
*Nance, Barrington & Collier for defendant, appellant.*

PER CURIAM. The burden is on appellant to show prejudicial error amounting to the denial of some substantial right. *Kennedy v. James,* 252 N.C. 434, ...... S.E. 2d ....... A careful examination of defendant's assignments of error discloses no prejudicial error that would justify a new trial. All these assignments of error are overruled. The verdict and judgment will be upheld.

No error.